| Fill in this information to identify the case: |
|---|
| Debtor name: Sundive Commodity Group, LLC |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (If known): |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Valero Marketing & Supply Company<br>One Valero Way<br>San Antonio, TX, 78249 | | Suppliers or Vendors | Unliquidated | | | 10,100,000.00 |
| 2 | United Energy Trading<br>225 Union Blvd.<br>Suite 200<br>Lakewood, CO, 80228 | | Suppliers or Vendors | | | | 3,466,887.00 |
| 3 | Marathon Petroleum Corporation<br>539 S. Main St<br>Findlay, OH, 45840 | | Suppliers or Vendors | | | | 2,696,336.40 |
| 4 | Monroe Energy, LLC<br>4101 Post Road<br>Trainer, PA, 19061 | | Suppliers or Vendors | | | | 2,600,000.00 |
| 5 | ACT Fuels Inc.<br>437 Madison Ave.<br>Suite 19C<br>New York, NY, 10022 | | Suppliers or Vendors | | | | 1,767,088.00 |
| 6 | QT Fuels Incorporated<br>4705 S 129th East Avenue<br>Tulsa, OK, 74134 | | Suppliers or Vendors | | | | 1,212,500.00 |
| 7 | RIL USA Inc.<br>2000 W. Sam Houston Parkway S.<br>Suite 700<br>Houston, TX, 77042 | | Suppliers or Vendors | Unliquidated | | | 1,000,000.00 |
| 8 | CITGO Petroleum Corporation<br>1293 Eldridge Parkway<br>Houston, TX, 77077 | | Suppliers or Vendors | Unliquidated | | | 1,000,000.00 |

| Debtor | Sundive Commodity Group, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Atlantic Trading & Marketing, Inc. 5847 San Felipe Rd. Suite 2100 Houston, TX, 77057 | | Suppliers or Vendors | Unliquidated | | | 1,000,000.00 |
| 10 | DTE Energy Trading, Inc. 414 S. Main Street Suite 200 Ann Arbor, MI, 48104 | | Suppliers or Vendors | | | | 900,000.00 |
| 11 | Victory Renewables, LLC 930 S. Kimball Avenue Suite 100 Southlake, TX, 76092 | | Suppliers or Vendors | | | | 678,000.00 |
| 12 | Kenny Baudat 17122 Paluxy Court Splendora, TX, 77372 | | Monies Loaned / Advanced | | | | 500,000.00 |
| 13 | TAC Energy 701 S. Robison Road Texarkana, TX, 75501 | | Suppliers or Vendors | | | | 362,500.00 |
| 14 | Lincoln Energy Solutions 22 S. Main Street Greenville, SC, 29601 | | Suppliers or Vendors | | | | 93,750.00 |
| 15 | Thumb BioEnergy, LLC 155 Orval Street Sandusky, MI, 48471 | | Suppliers or Vendors | | | | 76,772.50 |
| 16 | Thomas Arledge 5609 Wernecke Lane Brenham, TX, 77833 | | Monies Loaned / Advanced | | | | 50,000.00 |
| 17 | Blue Ocean Brokerage 326 East 65th Street Box 373 New York, NY, 10065 | | Services | | | | 45,000.00 |
| 18 | Michael Stabile 6603 49th Court East Ellenton, FL, 34203 | | Monies Loaned / Advanced | | | | 25,000.00 |
| 19 | Marcello Paolacci 114 45th Ave. Saint Petersburg, FL, 33706 | | Monies Loaned / Advanced | | | | 25,000.00 |
| 20 | BAT Commodities 5615 Kirby Drive Suite 940 Houston, TX, 77005 | | Services | | | | 13,750.00 |