MOR-1

UNITED STATES BANKRUPTCY COURT

CASE NAME: Sundive Commodity Group, LLC
CASE NUMBER: 21-30163
PROPOSED PLAN DATE: TBD

PETITION DATE: 1/20/2021 0:00
DISTRICT OF TEXAS: Southern
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY FOR JAN. 20 - 31, 2021

| MONTH | January, 2021 | February, 2021 | March, 2021 | April, 2021 | May, 2021 | June, 2021 |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

|  |  | CIRCLE ONE |
|---|---|---|
| Are all accounts receivable being collected within terms? | | Yes  **No** |
| Are all post-petition liabilities, including taxes, being paid within terms? | | **Yes**  No |
| Have any pre-petition liabilities been paid? | | Yes  **No** |
| If so, describe | | |
| Are all funds received being deposited into DIP bank accounts? | | Yes  **No** |
| Were any assets disposed of outside the normal course of business? | | Yes  **No** |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | | **Yes**  No |
| What is the status of your Plan of Reorganization?  TBD | | |

REQUIRED INSURANCE MAINTAINED
AS OF SIGNATURE DATE

| | | EXP. DATE |
|---|---|---|
| COMMERCIAL PROPERTY | YES ( ) NO (x) | |
| GENERAL LIABILITY | YES (x) NO ( ) | 3-4-2022 |
| TANK INSURANCE | YES ( ) NO (x) | |
| WORKER'S | YES ( ) NO (x) | |
| OTHER | YES ( ) NO (x) | |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _[signature]_   TITLE: President
        (ORIGINAL SIGNATURE)
        Christopher Barton            2-21-2021
        (PRINT NAME OF SIGNATORY)       DATE

ATTORNEY NAME: Matthew Hoffman
FIRM NAME: Hoffman & Saweris, p.c.
ADDRESS: 2777 Allen Parkway, Suite 1000
CITY, STATE, ZIP: Houston, TX 77019
TELEPHONE/FAX: 713-654-9990/713-654-0038

MOR-1

CASE NAME: Sundive Commodity Group, LLC
CASE NUMBER: 21-30163

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 1/20/2021 | MONTH Jan, 2021 | MONTH Feb, 2021 | MONTH March, 2021 | MONTH April, 2021 | MONTH May, 2021 | MONTH June, 2021 |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 0.00 | 0.00 | | | | | |
| Amounts on Deposit | 624.05 | 590.24 | | | | | |
| Accounts Receivable, Net | 854,213.94 | 854,213.94 | | | | | |
| Inventory: Lower of Cost or Market | 0.00 | 0.00 | | | | | |
| Prepaid Expenses | 0.00 | 0.00 | | | | | |
| FF&E | 500.00 | 500.00 | | | | | |
| Real Property | 0.00 | 0.00 | | | | | |
| Intangibles & Intellectual Property | 1,840,000.00 | 1,840,000.00 | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 2,695,337.99 | 2,695,304.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 0.00 | 0.00 | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $2,695,337.99 | $2,695,304.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

CASE NAME: Sundive Commodity Group, LLC
CASE NUMBER: 21-30163

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 1/20/2021 | MONTH Jan, 2021 | MONTH Feb, 2021 | MONTH March, 2021 | MONTH April, 2021 | MONTH May, 2021 | MONTH June, 2021 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 0.00 | 0.00 | | | | | |
| Priority Debt | 0.00 | 0.00 | | | | | |
| Federal Income Tax | 0.00 | 0.00 | | | | | |
| FICA/Withholding | 0.00 | 0.00 | | | | | |
| Unsecured Debt | 28,945,241.79 | 28,945,241.79 | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 28,945,241.79 | 28,945,241.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 28,945,241.79 | 28,945,241.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | | | | | |
| COMMON STOCK | 0.00 | 0.00 | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 0.00 | 0.00 | | | | | |
| RETAINED EARNINGS: Filing Date | 0.00 | 0.00 | | | | | |
| RETAINED EARNINGS: Post Filing Date | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $28,945,241.79 | $28,945,241.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

CASE NAME: Sundive Commodity Group, LLC
CASE NUMBER: 21-30163

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH<br>Jan, 2021 | MONTH<br>Feb, 2021 | MONTH<br>March, 2021 | MONTH<br>April, 2021 | MONTH<br>May, 2021 | MONTH<br>June, 2021 |
|---|---|---|---|---|---|---|
| ***TRADE ACCOUNTS PAYABLE*** | | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | 0.00 | | | | | |
| State Payroll Taxes | 0.00 | | | | | |
| Ad Valorem Taxes | 0.00 | | | | | |
| Other Taxes | 0.00 | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 0.00 | | | | | |
| ACCRUED INTEREST PAYABLE | 0.00 | | | | | |
| ACCRUED PROFESSIONAL FEES* | 0.00 | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME: Sundive Commodity Group, LLC
CASE NUMBER: 21-30163

## AGING OF POST-PETITION LIABILITIES
MONTH  Jan-21

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | Jan, 2021 | Feb, 2021 | March, 2021 | April, 2021 | May, 2021 | June, 2021 |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | 854,213.94 | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $854,213.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

*Revised 07/01/98*

CASE NAME: Sundive Commodity Group, LLC
CASE NUMBER: 21-30163

## STATEMENT OF INCOME (LOSS)

| | MONTH Jan, 2021 | MONTH Feb, 2021 | MONTH March, 2021 | MONTH April, 2021 | MONTH May, 2021 | MONTH June, 2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | 0.00 | | | | | 0.00 |
| TOTAL COST OF REVENUES | | 0.00 | | | | | 0.00 |
| GROSS PROFIT | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | 0.00 | | | | | 0.00 |
| General & Administrative | | 0.00 | | | | | 0.00 |
| Insiders Compensation | | 0.00 | | | | | 0.00 |
| Professional Fees | | 0.00 | | | | | 0.00 |
| Other | | 0.00 | | | | | 0.00 |
| Other | | 0.00 | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEREST EXPENSE | | 0.00 | | | | | 0.00 |
| DEPRECIATION | | 0.00 | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | 0.00 | | | | | 0.00 |
| OTHER ITEMS** | | 0.00 | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL INCOME TAXES | | 0.00 | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*
* *Footnote Mandatory.*
** *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

MOR-6

*Revised 07/01/98*

CASE NAME: Sundive Commodity Group, LLC
CASE NUMBER: 21-30163

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Jan, 2021 | MONTH Feb, 2021 | MONTH March, 2021 | MONTH April, 2021 | MONTH May, 2021 | MONTH June, 2021 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $624.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $624.05 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0.00 | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | | | | | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6. OTHER (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 0.00 | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | 0.00 | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 0.00 | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | 0.00 | | | | | | 0.00 |
| 12. INSURANCE | 0.00 | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | 0.00 | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | 0.00 | | | | | | 0.00 |
| 18. OTHER (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | 0.00 | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | 0.00 | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $624.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $624.05 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: Sundive Commodity Group, LLC
CASE NUMBER: 21-30163

## CASH ACCOUNT RECONCILIATION
## MONTH OF Jan-21

| BANK NAME | Bank of America | | Bank of America | | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 2492 | | # 2502 | | | |
| ACCOUNT TYPE | OPERATING | | TAX | | OTHER FUNDS | TOTAL |
| BANK BALANCE | 524.05 | | 100.00 | | | $624.05 |
| DEPOSITS IN TRANSIT | 0.00 | | 0.00 | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | 0.00 | | | $0.00 |
| ADJUSTED BANK BALANCE | | $524.05 | | $100.00 | $0.00 | $624.05 |
| BEGINNING CASH - PER BOOKS | 524.05 | | 100.00 | | | $624.05 |
| RECEIPTS* | 0.00 | | 0.00 | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | | 0.00 | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | | 0.00 | | | $0.00 |
| ENDING CASH - PER BOOKS | | $524.05 | | $100.00 | $0.00 | $624.05 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: Sundive Commodity Group, LLC
CASE NUMBER: 21-30163

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Jan, 2021 | MONTH Feb, 2021 | MONTH March, 2021 | MONTH April, 2021 | MONTH May, 2021 | MONTH June, 2021 |
|---|---|---|---|---|---|---|
| 1. Christopher Barton | 0.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH Jan, 2021 | MONTH Feb, 2021 | MONTH March, 2021 | MONTH April, 2021 | MONTH May, 2021 | MONTH June, 2021 |
|---|---|---|---|---|---|---|
| 1. Hoffman & Saweris, P.C. | 0.00 | | | | | |
| 2. The Claro Group | 0.00 | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*



P.O. Box 15284
Wilmington, DE 19850

SUNDIVE COMMODITY GROUP, LLC
DEBTOR-IN-POSSESION - GENERAL ACCOUNT
21010 N CARAMEL APPLE TRL
CYPRESS, TX  77433-5133

**Customer service information**

Customer service: 1.888.852.5000

bankofamerica.com

Bank of America, N.A.
P.O. Box 831547
Dallas, TX 75283-1547

## Your Business Advantage Checking
## Preferred Rewards for Bus Platinum Honors

for January 21, 2021 to January 31, 2021                                    Account number:          2492

SUNDIVE COMMODITY GROUP, LLC    DEBTOR-IN-POSSESION - GENERAL ACCOUNT

### Account summary

| | |
|---|---|
| Beginning balance on January 21, 2021 | $0.00 |
| Deposits and other credits | 524.05 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on January 31, 2021** | **$524.05** |

# of deposits/credits: 2
# of withdrawals/debits: 0
# of items-previous cycle[1]: 0
# of days in cycle: 11
Average ledger balance: $524.05

[1]Includes checks paid,deposited items&other debits

---

**BANK OF AMERICA BUSINESS ADVANTAGE**

### What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like. Enter code **SBDD** at bankofamerica.com/AdvisoryPanel to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.                                    SSM-10-20-0074.B  |  3255564

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

Bank of America, N.A. Member FDIC and Equal Housing Lender

**Your checking account**



SUNDIVE COMMODITY GROUP, LLC   |   Account #          2492   |   January 21, 2021 to January 31, 2021

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 01/21/21 | Agent Assisted transfer from CHK 8189 Confirmation# 1125936165 | 445.62 |
| 01/21/21 | Agent Assisted transfer from CHK 4608 Confirmation# 3925723404 | 78.43 |
| **Total deposits and other credits** | | **$524.05** |

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 01/21 | 524.05 |

**BUSINESS ADVANTAGE**

**Connect your business apps through Cash Flow Monitor**

Manage your finances from a single dashboard. Simply sign in to Online or Mobile Banking[1] to access Cash Flow Monitor and Connected Apps.

**To learn more, visit bankofamerica.com/CashFlowMonitor.**

[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.   SSM-06-20-0720.B   |   3137334

Case 21-30163   Document 29   Filed in TXSB on 02/22/21   Page 13 of 17
SUNDIVE COMMODITY GROUP, LLC   |   Account # ███████ 2492   |   January 21, 2021 to January 31, 2021

Page 4 of 4

This page intentionally left blank



P.O. Box 15284
Wilmington, DE 19850

SUNDIVE COMMODITY GROUP, LLC
DEBTOR-IN-POSSESION - TAX ACOUNT
21010 N CARAMEL APPLE TRL
CYPRESS, TX  77433-5133

**Customer service information**

Customer service: 1.888.852.5000

bankofamerica.com

Bank of America, N.A.
P.O. Box 831547
Dallas, TX 75283-1547

## Your Business Advantage Checking
## Preferred Rewards for Bus Platinum Honors

for January 21, 2021 to January 31, 2021         Account number:           2502
SUNDIVE COMMODITY GROUP, LLC     DEBTOR-IN-POSSESION - TAX ACOUNT

### Account summary

| | |
|---|---|
| Beginning balance on January 21, 2021 | $0.00 |
| Deposits and other credits | 100.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on January 31, 2021** | **$100.00** |

# of deposits/credits: 1
# of withdrawals/debits: 0
# of items-previous cycle[1]: 0
# of days in cycle: 11
Average ledger balance: $100.00

[1]Includes checks paid,deposited items&other debits

**BANK OF AMERICA BUSINESS ADVANTAGE**

### What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like. Enter code **SBDD** at bankofamerica.com/AdvisoryPanel to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-10-20-0074.B | 3255564

PULL: E   CYCLE: 50   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: HOU                               Page 1 of 4

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Your checking account**

SUNDIVE COMMODITY GROUP, LLC   |   Account # 2502   |   January 21, 2021 to January 31, 2021

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 01/21/21 | Agent Assisted transfer from CHK 8189 Confirmation# 2625862668 | 100.00 |
| **Total deposits and other credits** | | **$100.00** |

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 01/21 | 100.00 |

**BUSINESS ADVANTAGE**

**Connect your business apps through Cash Flow Monitor**

Manage your finances from a single dashboard. Simply sign in to Online or Mobile Banking[1] to access Cash Flow Monitor and Connected Apps.

**To learn more, visit bankofamerica.com/CashFlowMonitor.**

[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-06-20-0720.B | 3137334

Case 21-30163   Document 29   Filed in TXSB on 02/22/21   Page 17 of 17
SUNDIVE COMMODITY GROUP, LLC   |   Account # ███████ 2502   |   January 21, 2021 to January 31, 2021

Page 4 of 4

This page intentionally left blank